UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL TURNER,<br><br>        Defendant. | CR18-16 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Michael Turner's unopposed motion to schedule a sentencing hearing, docket no. 180, is GRANTED as follows. Sentencing with respect to Turner is SET for July 11, 2019, at 1:30 p.m.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of April, 2019.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1