UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TURNER, a/k/a "EZ",<br><br>Defendant. | No. CR18-016 TSZ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture, docket no. 752, for the following property:

1. Approximately $39,882 in U.S. currency, seized from Defendant in Seattle on or about February 13, 2018;

2. One Glock 30Gen4 .45 caliber pistol, serial number AARV213;

3. One HS Products (IM Metal) XD40 .40 caliber pistol, serial number XD384242;

4. One Ruger AR556 rifle, serial number 852-96312;

5. One Century Arms RAS47 rifle, serial number RAS4706667; and

6. One Ruger AR556 rifle, serial number 852-96305, with attached scope.

//

Final Order of Forfeiture - 1
*United States v Michael Turner,* CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY CONCLUDES that entry of a Final Order of Forfeiture is appropriate because:

- In the Plea Agreement that Defendant Turner entered on June 19, 2018, he agreed to forfeit his interest in all of the above-identified property pursuant to 21 U.S.C. § 853(a), as it constituted proceeds of, was derived from, and/or was used to facilitate Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 (Dkt. No. 64, ¶ 11); and he further agreed, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to forfeit to the United States his interest in any firearms or ammunition involved in or used in his commission of Possession of Firearms in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c), including the firearms identified above as items 2 and 3. *Id.*;

- On December 21, 2018, the Court entered a Preliminary Order of Forfeiture, finding all of the above-identified property forfeitable pursuant to 21 U.S.C. § 853(a); finding the firearms identified above as items 2 and 3, also forfeitable pursuant to 18 U.S.C. § 924(c) and 28 U.S.C. § 2861(c): and forfeiting the Defendant's interest in all of the property.  Dkt. No. 146;

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 161), and also provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibits A – B); and

- The time for filing third-party petitions has expired, and none were filed.

///

Final Order of Forfeiture - 2
*United States v Michael Turner,* CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. The Government's Motion for Entry of a Final Order of Forfeiture, docket no. 752, is GRANTED;

2. No right, title, or interest in the above-listed property exists in any party other than the United States;

3. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

4. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 17th day of February, 2022.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge

Presented by

  *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v Michael Turner,* CR18-016 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970